# Order

Michigan Supreme Court
Lansing, Michigan

August 4, 2017

Stephen J. Markman,
Chief Justice

156107

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* JONES, Minors.

SC: 156107
COA: 335232
Ontonagon CC Family Division:
13-000013-NA

_____/

On order of the Court, the application for leave to appeal the June 13, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 4, 2017



Clerk

s0801